# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH ALEXANDER ZWARG,<br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF SAN LUIS OBISPO; SAN LUIS OBISPO POLICE OFFICER KYLEE BAILEY, Serial No. 14101; FRENCH HOSPITAL MEDICAL CENTER; and DOES 1 through 10, inclusive,<br>　　　　　Defendants. | CASE NO.: 2:21-cv-03525-WLH-AJRx<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order re Motion for Summary Judgment issued October 28, 2024, ECF No. 75, Defendants CITY OF SAN LUIS OBISPO and KYLEE BAILEY's Motion for Summary Judgment is hereby granted with respect to all three of Plaintiff's claims.

　　　WHEREFORE, BY VIRTUE OF THE LAW AND BY REASON OF THE PREMISES AFORESAID, IT IS ORDERED, ADJUDGED AND DECREED:

　　　1.　　That Plaintiff, NOAH ALEXANDER ZWARG, takes nothing by way of his complaint.

2. That Defendants, CITY OF SAN LUIS OBISPO and KYLEE BAILEY, may recover from Plaintiff, NOAH ALEXANDER ZWARG, their taxable costs.

3. That Defendants, CITY OF SAN LUIS OBISPO and KYLEE BAILEY, have and recover from Plaintiff, NOAH ALEXANDER ZWARG, interest of 10% (ten percent) per annum on their taxable costs from the date of entry of judgment until paid.

Dated: 1/13/2025

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE