# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH ALEXANDER ZWARG,<br>　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF SAN LUIS OBISPO; SAN LUIS OBISPO POLICE OFFICER KYLEE BAILEY, Serial No. 14101; FRENCH HOSPITAL MEDICAL CENTER; and DOES 1 through 10, inclusive,<br>　　　　　　Defendants. | CASE NO.: 2:21-cv-03525-WLH-AJRx<br><br>**REVISED AMENDED JUDGMENT** |

　　　In the Court's Judgment entered January 13, 2025, (Docket No. 79), the Court ruled that Defendants, CITY OF SAN LUIS OBISPO and KYLEE BAILEY, may recover from Plaintiff, NOAH ALEXANDER ZWARG, their taxable costs. Accordingly, Defendants filed their Application to the Clerk to Tax Costs on January 27, 2025. (Docket No. 80). The Clerk of Court granted Defendants' Application, and costs were taxed in the amount of $2,931.20. (Docket No. 82).

　　　WHEREFORE, BY VIRTUE OF THE LAW AND BY REASON OF THE PREMISES AFORESAID, IT IS ORDERED, ADJUDGED AND DECREED:

　　　1.　　That Plaintiff, NOAH ALEXANDER ZWARG, takes nothing by way of his complaint.

2.   That Plaintiff, NOAH ALEXANDER ZWARG, pay to Defendants, CITY OF SAN LUIS OBISPO and KYLEE BAILEY, awarded costs in the amount of $2,931.20.

3.   That Defendants, CITY OF SAN LUIS OBISPO and KYLEE BAILEY, have and recover from Plaintiff, NOAH ALEXANDER ZWARG, interest of 4.19% per annum on costs in the amount of $2,931.20, from the date of entry of judgment until paid.

Dated: 8/21/2025

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE